J. Stern & Associates, P.C.
137 Fifth Avenue, 9th Floor
New York, New York 10010

Page: 1

Brisman Randy-Parasram

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/2016 | JMS | Attended Initial Case Conference in bankruptcy court | 325.00 | 2.20 | 715.00 |
| 07/29/2016 | JMS | Review of schedules and statement of financial affairs and call to Randy | 325.00 | 0.50 | 162.50 |
| 08/19/2016 | JMS | Prepare proof of claim and telephone call to client | 325.00 | 0.50 | 162.50 |
| 09/29/2016 | JMS | Prepare and file proof of claim | 325.00 | 1.40 | 455.00 |
| 11/07/2016 | JMS | Prepare objection to motion to extend exclusive periods | 325.00 | 2.00 | 650.00 |
| 12/07/2016 | JMS | Court appearance in connection with motion for relief from the stay and motion to extend exclusivity | 325.00 | 4.00 | 1,300.00 |
| 12/21/2016 | JMS | Attended status conference | 325.00 | 2.50 | 812.50 |
| 02/02/2017 | JMS | Telephone call with Jason re: preparing a creditors' plan. | 325.00 | 0.30 | 97.50 |
| 02/03/2017 | JMS | Emails to Jason re: plan formulation | 325.00 | 0.40 | 130.00 |
| 02/08/2017 | JMS | Emails to Jason re: plan formulation and drafts | 325.00 | 0.50 | 162.50 |
| 02/12/2017 | JMS | Prepare plan | 325.00 | 8.00 | 2,600.00 |
| | JMS | Review and revise plan | 325.00 | 2.00 | 650.00 |
| 02/14/2017 | JMS | Prepare Disclosure Statement | 325.00 | 7.00 | 2,275.00 |
| 03/01/2017 | JMS | Email to Randy Re plan | 325.00 | 0.30 | 97.50 |
| | JMS | Email to Jason Re plan | 325.00 | 0.30 | 97.50 |
| 03/03/2017 | JMS | Telephone conference with Jason to discuss creditors plan | 325.00 | 3.00 | 975.00 |
| | JMS | Email to re: taxes owed on properties to incorporate into plan | 325.00 | 0.30 | 97.50 |
| 03/08/2017 | JMS | Court appearance via phone in connection with disclosure statement | 325.00 | 1.50 | 487.50 |
| 03/22/2017 | JMS | Prepare creditors plan and disclosure statement, and serve and file same, | 325.00 | 9.00 | 2,925.00 |
| | JMS | Emails to Jason re: draft of plan | 325.00 | 0.70 | 227.50 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 03/23/2017 | JMS | Email to F. Stern re: plan | 325.00 | 0.20 | 65.00 |
| 03/30/2017 | JMS | Emails to Randy re: status and plan | 325.00 | 0.20 | 65.00 |
| 04/03/2017 | JMS | Prepare discovery demands re: claims of Persuad, Bedessee, and Carib. Foods | 325.00 | 1.80 | 585.00 |
| 04/05/2017 | JMS | Prepare objection to Debtor's amended disclosure statement | 325.00 | 2.00 | 650.00 |
| | JMS | Telephone conference with R. Maltz | 325.00 | 0.20 | 65.00 |
| | JMS | Prepare email to R. Maltz re: case. | 325.00 | 0.30 | 97.50 |
| 04/06/2017 | JMS | Emails to R. Maltz re: possible engagement as broker | 325.00 | 0.50 | 162.50 |
| 04/07/2017 | JMS | Prepare follow-up emails to Maltz | 325.00 | 0.30 | 97.50 |
| 04/08/2017 | JMS | Email to Jason re: questions about tax liens for use in disclosure statement | 325.00 | 0.20 | 65.00 |
| 04/09/2017 | JMS | Email to Randy re: status | 325.00 | 0.20 | 65.00 |
| | JMS | Email to Fred Stern to discuss case | 325.00 | 0.20 | 65.00 |
| 04/19/2017 | JMS | Court appearance in connection with disclosure statement hearing | 325.00 | 3.00 | 975.00 |
| 04/24/2017 | JMS | Prepare motion to amend schedules to delete certain creditors | 325.00 | 3.00 | 975.00 |
| 05/02/2017 | JMS | Prepare complaint against Savrit | 325.00 | 2.00 | 650.00 |
| | JMS | Prepare amended plan and disclosure statement | 325.00 | 4.00 | 1,300.00 |
| | JMS | Review and revise amended plan and disclosure statement | 325.00 | 1.00 | 325.00 |
| | JMS | Emails to Gabriella re: complaint and plan | 325.00 | 0.30 | 97.50 |
| 05/03/2017 | JMS | Email to all parties in interest to serve disclosure statement | 325.00 | 0.40 | 130.00 |
| 05/05/2017 | JMS | Email Randy re: Debtor's new plan and telephone re: same | 325.00 | 0.40 | 130.00 |
| 05/15/2017 | JMS | Emails to Gabriella re: her comments to our plan and disclosure statement | 325.00 | 0.40 | 130.00 |
| | JMS | Email to Randy re: SDF Notice of Foreclosure Sale | 325.00 | 0.20 | 65.00 |
| 05/17/2017 | JMS | Prepare and file and serve objection to debtor's revised plan and disclosure statement | 325.00 | 1.50 | 487.50 |
| 05/29/2017 | JMS | Revise Disclosure Statement and circulate to parties for comments | 325.00 | 2.00 | 650.00 |
| 05/30/2017 | JMS | Review Gabriella's comments and email to her to go over changes | 325.00 | 0.50 | 162.50 |
| 06/06/2017 | JMS | Prepare objection to motion to reduce claim | 325.00 | 3.00 | 975.00 |
| 06/07/2017 | JMS | Prepare objection to Stern Fee application. Serve and file same | 325.00 | 1.00 | 325.00 |
| 06/12/2017 | JMS | Prepare email to Randy re: bedessee and Carib. claims objections | 325.00 | 0.30 | 97.50 |
| 06/14/2017 | JMS | Attended hearing in connection with disclosure statement | 325.00 | 2.60 | 845.00 |
| 06/30/2017 | JMS | Email to Randy re: plan and disclosure statement | 325.00 | 0.20 | 65.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/31/2017 | JMS | Email to Randy re: status and fact that debtor did not filed amended plan | 325.00 | 0.20 | 65.00 |
| 08/08/2017 | JMS | Emails to Randy re: status of case | 325.00 | 0.40 | 130.00 |
| 08/09/2017 | JMS | Court appearance in connection with disclosure statement | 325.00 | 3.00 | 975.00 |
| 08/12/2017 | JMS | Revise plan and disclosure statement | 325.00 | 3.70 | 1,202.50 |
| 08/15/2017 | JMS | Emails to Randy re: status | 325.00 | 0.20 | 65.00 |
| 08/17/2017 | JMS | Revise and file and serve Second Amended Plan and Disclosure Statement | 325.00 | 1.00 | 325.00 |
| 08/24/2017 | JMS | Prepare broker's retention papers | 325.00 | 2.50 | 812.50 |
| | JMS | email Retention Papers to R. Maltz | 325.00 | 0.20 | 65.00 |
| 09/12/2017 | JMS | Plan and prepare for service of confirmation materials including preparation of ballots. | 325.00 | 2.00 | 650.00 |
| 09/25/2017 | JMS | Prepare stipulations with Bedessee and Caribbean Foods | 325.00 | 1.50 | 487.50 |
| | JMS | email to R. Steinberg re: stipulations | 325.00 | 0.20 | 65.00 |
| 09/27/2017 | JMS | Prepare notice of presentment of settlement stipulations with Bedessee and Caribbean Foods, and mail same | 325.00 | 1.00 | 325.00 |
| | JMS | Call wiith client to dismiss status | 325.00 | 0.30 | 97.50 |
| | JMS | Emails to F. Stern | 325.00 | 0.20 | 65.00 |
| 09/29/2017 | JMS | Emails to Ff. Stern | 325.00 | 0.20 | 65.00 |
| 10/03/2017 | JMS | Emails to Gabriella and Randy re: plan | 325.00 | 0.40 | 130.00 |
| 10/04/2017 | JMS | Prepare objection to motion to dismiss case | 325.00 | 2.60 | 845.00 |
| | JMS | Prepare Memorandum of Law in Support of Confirmation and Ballot Report | 325.00 | 8.00 | 2,600.00 |
| | JMS | Emails to Randy re: plan and confirmation hearing | 325.00 | 0.40 | 130.00 |
| 10/10/2017 | JMS | Prepare for confirmation hearing | 325.00 | 2.00 | 650.00 |
| 10/11/2017 | JMS | Court appearance in connection with plan confirmation | 325.00 | 3.00 | 975.00 |
| 10/19/2017 | JMS | Prepare confirmation order | 325.00 | 2.00 | 650.00 |
| 10/24/2017 | JMS | Review and revise confirmation order | 325.00 | 0.50 | 162.50 |
| | JMS | Email to Gabriella re: confirmation order | 325.00 | 0.20 | 65.00 |
| 10/25/2017 | JMS | Emails to Gabriella re: confirmation order | 325.00 | 0.20 | 65.00 |
| | JMS | Revise confirmation order | 325.00 | 1.00 | 325.00 |
| | JMS | Emails to parties re: circulation of confirmation order | 325.00 | 0.30 | 97.50 |
| 10/30/2017 | JMS | Email to R. Maltz re: auction sale | 325.00 | 0.30 | 97.50 |
| 11/25/2017 | JMS | Prepare sale procedures motion | 325.00 | 8.00 | 2,600.00 |

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 1/27/2017 | JMS | Telephone call with R. Maltz re: sale | 325.00 | 0.30 | 97.50 |
| | | For Current Services Rendered | | 124.10 | 40,332.50 |

## Expenses

| | | | |
|---|---|---|---|
| 3/22/2017 | Postage | | 45.00 |
| | Postage | | 45.00 |
| | | | 45.00 |

## Advances

| | | | |
|---|---|---|---|
| 5/02/2017 | Filing fee | | 350.00 |
| | Filing fee | | 350.00 |
| 7/31/2016 | Online legal research. | | 2.00 |
| | Online legal research. | | 2.00 |
| | Total Advances | | 352.00 |
| | Total Work | | 40,729.50 |

Case 1-16-42657-cec    Doc 280-1    Filed 11/27/17    Entered 11/27/17 19:41:49

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 1/27/2017 | JMS | Telephone call with R. Maltz re: sale | 325.00 | 0.30 | 97.50 |
| | | For Current Services Rendered | | 124.10 | 40,332.50 |