UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                            Confirmed Chapter 11

DEONARINE PARASRAM D/B/A       Case No. 16-42657 (CEC)
VANDI SALES D/B/A
PARASRAM STORE,

                             Debtor.

-----------------------------------------------------------x

RANDY BRISMAN, AS PLAN PROPONENT

                      Plaintiff,

           -against-                         Adv. Pro. No. 18-01112

SURESH N. PERSUAD AND
HAMIRAJ PERSUAD,

                     Defendants,

-----------------------------------------------------------x

## **AMENDED SCHEDULING ORDER**

Upon the motion of Randy Brisman objecting to the scheduled claim of Hamiraj Persaud filed in the above captioned bankruptcy case (ECF No. 241) (the "Motion"); and upon the complaint filed by Randy Brisman against Suresh N. Persaud and Hamiraj Persaud in the above captioned adversary proceeding (the "Adversary Proceeding"); and upon the hearing held on October 31, 2018, the Court having Ordered to complete discovery by January 31, 2019 and to have hearing on any dispositive motion on February 6, 2019; and now on the Joint Motion to extend the time to complete discovery by March 1, 2019, *nunc pro tunc*, and accordingly schedule a date for hearing on any dispositive motion, it is hereby

**ORDERED**, that all discovery shall be completed by April 30, 2019; and it is further

**ORDERED**, that the hearing on the Motion and the pre-trial conference on the Adversary Proceeding are adjourned to May 22, 2019 at 300 p.m.; and it is further

**ORDERED**, that a hearing on any dispositive motion shall held on May 22*, 2019 (CEC)* at 3:00 p.m. in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201; and it is further

**ORDERED**, that the dispositive motions shall be filed and served in accordance with applicable rules, and any papers that are untimely filed in connection thereto shall not be considered by the Court.



**Dated: Brooklyn, New York**
**March 13, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**