| UNITED STATES BANKRUPTCY COURT | Settlement Date and Time: |
| SOUTHERN DISTRICT OF NEW YORK | December 26, 2019 at noon |

-----------------------------------------------------------x

In re:  Chapter 11

DEONARINE PARASRAM D/B/A  Case No. 16-42657(CEC)
VANDI SALES D/B/A
PARASRAM STORE,

                                    Debtor.

-----------------------------------------------------------x

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that annexed hereto is a copy of an Order which will be presented to **Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Brooklyn Division, Conrad B. Duberstein U.S. Courthouse, 271 Cadman Plaza East, Brooklyn, New York 11201 on the 26th day of December, 2019 at 12:00 noon** for signature ("Settlement Date").

**PLEASE TAKE FURTHER NOTICE**, that Objections to the relief sought herein, if any, must be in writing, filed with the Court, with a copy to Chambers, provided, however, that pursuant to general order No. M-182 re: Electronic Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted with Adobe Acrobat Reader 3.0) at http://www.nyeb.uscourts.gov, and served upon the undersigned so as to be received no later

1

than 11:30 a.m. on the Settlement Date. In the event no objections are timely interposed, the Order may be signed.

**DATED:** New York, New York
December 3, 2019

                                      SHAFFERMAN & FELDMAN LLP
                                      Attorneys for Randy Brisman
                                      137 Fifth Avenue, 9th Floor
                                      New York, New York 10010
                                      (212) 509-1802

                                      By: /S/ Joel M. Shafferman
                                                 Joel M. Shafferman (JMS-1055)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re:                                                    Confirmed Chapter 11

DEONARINE PARASRAM D/B/A                                  Case No. 16-42657(CEC)
VANDI SALES D/B/A
PARASRAM STORE,

                            Debtor.
----------------------------------------------------------x

## ORDER DETERMINING RANDY BRISMAN'S
## OBJECTION TO CLAIMS OF SURESH N. PERSUAD AND
## <u>HAMIRAJ PERSUAD</u>

**UPON THE** motion filed by Randy Brisman, as Plan Proponent ("Brisman"), objecting to the Scheduled Claim of Hamiraj Persaud; and upon Brisman's subsequent objection to claim number 30 filed by Suresh N. Persaud and Hamiraj Persaud, and the amendments thereto (the "Persuad Claim"), and objections to the motion having been interposed; and upon the additional pleadings having been filed in connection with the Persaud Claim; and upon the hearings having been held before this Court in connection with Brisman's motion objecting to the Persuad Claim;

**AFTER DUE DELIBERATION** and sufficient cause being shown therefore, and for the reasons set forth in record of the hearing held before this Court on November 19, 2019; it is

**ORDERED,** that the portion of the Persuad Claim designated therein as the "First Loan" is allowed as a secured claim on the real property known as and located at 89-29 191st Street, Hollis, New York, in the amount of $370,411.20 (claimed amount of $436,697.20 less $66,286.00 paid during pendency of Chapter 11 case) which allowed claim includes attorneys' fees, in the amount of $20,000.00; and it is further

**ORDERED**, that this order is without prejudice to Suresh N. Persaud and Hamiraj Persaud filing an application with this Court seeking an additional award of reasonable attorney fees with respect to the First Loan as long as such application is made upon appropriate notice and is in compliance with the applicable sections of title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Eastern District of New York; and it is further.

**ORDERED**, that the portion of the Persuad Claim designated therein as the "Second Loan", in the amount of $294,708.90, is reclassified from secured to unsecured, and is expunged in full.